IN THE

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY -9 P 3:37

MR. CARLTON RICHARDSON JR

PLAINTIFF

VS.

MR. GEROD HORGAN, ET, AL,

DEFENDANT(S)

MOTION\PITITION

ORDER OF

PROTECTIVE CUSTIDEY

05-11004 GAO

Referred to MJ JG Dein

1.)

NOW COMES THE PITITIONER OF THIS MOTION FOR PROTECTIVE CUSTIDY. MR. CARLTON RICHARDSON JR. WHO IS NOW BEING HOUSED AT THE SUFFOLK COUNTY HOUSE OF CORRECTIONS LOCATED AT 20. BRADSTON STREET BOSTON MASS, 02118.

2.)

THE PITITIONER, MR. CARLTON RICHARDSON JR IS A MALE OF VERY SMALL STATURE WEIGHING A MERE 127. POUNDS. HE HAS FOUR MONTH(S) TO SERV ON A EIGHT MONTH SENTENCE WHICH STEMS FROM A 1993. PROBATION VIOLATION FOR USE OF A MOTOR VEHICLE WITHOUT AUTHORITY.

3.)

THE PITIONER IS A RESIDENT OF RALEIGH NORTH CAROLINA 27601. WHERE HE ATTENDS THE UNIVERSITY OF SHAW LOCATED AT 118. E. SOUTH. ST AS A FULLTIME STUDENT WITH A MAJOR IN SOCIAL WORK; AND WAS DETAINED IN MASSACHUSETTS WHILE ON CHRISTMAS BREAK FROM SAID ADDRESS.

4.)

SINCE THE DATE OF 2.17.05. THE PITITIONER HAS PLEADED WITH

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAY -9 P 3: 37
U.S. DISTRICT COURT
DISTRICT OF MASS

RICHARDSON
VS
HORGAN, ET, AL

# MOTION / PITITION

ORDER OF PROTECTIVE CUSTIDY

5.)

WITH EVERY APPEAL THAT THE PITITIONER HAS MADE DIRECTLY TO SUPERINTENDANT MR. [illegible] HORGAN THE PHYSICAL ABUSE, SYSTEMATIC HARASSMENT, AND ARBITRARY PUNISHMENT HAS ONLY WORSEND; AND EVERY REQUEST FOR PROTECTIVE CUSTIDY BY THE PITITIONER HAS BEEN DENIED.

6.)

THE PITITIONER LIVES IN DAY TO DAY CONSTANT FEAR FOR HIS SAFETY AND DOES NOT KNOW WHER THE NEXT ASSAULT IS GOING TO COME FROM BECAUSE THE OFFICERS THAT THE PITITIONER HAS NAMED IN HIS APPEALS TO THE SUPERINTENDANT HAS INCORPERATED THE HELP OF INMATES WHO ARE UNKNOWN TO THE PITITIONER AT THIS TIME.

7.)

THE PITITIONER IS BEING HOUSED IN DISCIPLINARY SEGREGATION UNIT FOR INFRACTIONS PLACED AGAINST HIM FOR HIS REFUSSING TO GO BACK INTO POPULATION; STATING THAT HE FEARS FOR HIS LIFE AND SAFETY, BUT THE ADMINISTRATION THAT SUPPORTS THE OFFICERS THAT ACTUALLY ASSAULTED THE PLAINTIFF WONT VALIDATE THE PLAINTIFFS NEED FOR PROTECTIVE CUSTIDY AND GIVES THE PITITIONER A NEW DISCIPLINARY INFRACTION EVERY (TEN DAYS) FOR HIS REFUSAL TO ENTER POPULATION.

8.)

WHILE THE PITITIONER HAS BEEN HOUSED IN SEGREGATION, THE INMATES THAT HAVE BEEN ASSIGNED TO BRING THE PITITIONER HIS FOOD HAVE BEEN PLACING UNKNOWN SUBSTANCES, AND ~~FORIEN~~ FOREIGN OBJECTS IN THE

AFFIDAVIT

STATEMENT

1.)

I Carlton Richardson Jr. Do swear under the paines and penalties of Perjury that the following statements made in this Affidavit are true and accurate to the best of my ability and that I am willing and able to stand and testify in a court of law if required.

Signed: Carlton Richardson Jr

CARLTON RICHARDSON JR

DATED: 5-5-05.

2.)

I plead with this court to please help me, I have done all that I know how and have no one else to help me. I fear for my life and my physical wellbeing. Please dont let me die at the hands of these people. I see a parole board may 14th, and it dosnt grant me any sense of security. This place really needs to be cleaned out, it is really evil here.

please help me, I dont know what to say. Im trying to get this in the mail as soon as possible.

Thank you

[signature]

5-5-05

6:47 pm

1 OF 3

**SUFFOLK COUNTY SHERIFF'S DEPARTMENT**
**DISCIPLINARY APPEAL FORM**

NAME: Carlton Richardson I.D. # 0500339 D-REPORT NO. J050451

If you wish to appeal the finding(s) or sanction(s) regarding the disposition of the Disciplinary Report identified above, complete this form and submit it to the Superintendent within seven (7) days of receipt of the Hearing Summary.

**INDICATE IN THE SPACE BELOW THE SPECIFIC GROUNDS FOR YOUR APPEAL**

THE LIEUTENANT WHO WROTE D-REPORT # J050451 SINGLED ME OUT AND THEN ASSAULTED ME FOR NO REASON. LT MR. JASON MCGRAN; MANUFACTURED A DISCIPLINARY REPORT TO JUSTIFY HIS ACTIONS. I DID NOTHING I SAID NOTHING. THIS MAN MR, JASON MCGRAN; LIED ON ME. AND THEN USED HIS RANK AS LIEUTENANT TO HAVE ME SYSTEMATICALLY DENIED EFFECTIVE MEDICAL TREATMENT FOR INJURIES HE CAUSED ME.

LT. MR. JASON MCGRAN; HAS, AND IS, USING HIS POSSITION AS LIEUTENANT TO HAVE ME INMATE CARLTON RICHARDSON JR, SYSTEMATICALLY HARASSED, TARGETED FOR ARBITRARY PUNISHMENT, AND FUTURE ASSAULTS AT THE THE HAND OF INMATES AND OFFICERS

AS A DIRECT RESULT OF THIS INCIDENT I HAVE, OR SHOULD I SAY THE PROPERTY OFFICER HAS "LOST" ALL OF MY PERSONAL PROPERTY, SUCH AS: LEGAL DOCUMENTS PHONE BOOK, PERSONAL LETTERS, AND PICTURES.

DUE TO THE FACT THAT I AM ADAMANT IN MY BELEIFE THAT MY PERSONAL SAFETY WILL BE COMPROMISED AT EVERY TURN, AS LONG AS I RESIDE IN THIS INSTITUTION, [illegible]

~~[illegible] LIEUTENANT JASON MCGRAN~~

[illegible] NOT CAPABLE OF REPRESENTING [illegible] LT, MR. JASON MCGRAN, MY [illegible] RESIDE HERE.

I AM REQUESTING SUPERINTENDANT MR. HORGAN TO MAKE SURE THAT I RECEIVE THE ADDRESS FOR THE UNITED STATES DEPT OF JUSTICE INORDER TO FILE MY FORMAL COMPLAINT

[signature] 2-17-05 [illegible]

*Inmate signature* *Date*

Result of appeal:

☑ Uphold decision of Disciplinary Hearing

☐ Modify decision of Disciplinary Hearing

[illegible handwritten note]

[signature] 2/22/05

*Superintendent* *Date*

FORM 430-3

2 of 3

**SUFFOLK COUNTY SHERIFF'S DEPARTMENT**
**DISCIPLINARY APPEAL FORM**

NAME: CARLTON RICHARDSON I.D. # 0500339 D-REPORT NO. J050724

If you wish to appeal the finding(s) or sanction(s) regarding the disposition of the Disciplinary Report identified above, complete this form and submit it to the Superintendent within seven (7) days of receipt of the Hearing Summary.

**INDICATE IN THE SPACE BELOW THE SPECIFIC GROUNDS FOR YOUR APPEAL**

SEE DISCIPLINARY APPEAL FORM FOR D-REPORT NO. J050461 PARAG- RAPH [illegible] "I [illegible] HAS, AND IS, USING HIS POSITION AS LUET[illegible] [illegible] CARLTON RICHARDSON, SR. SYSTEMATICALLY HERASSED, AND [illegible] FOR ARBITRARY PUNISHMENT, AS WELL AS FUTURE ASSAULTS AT THE HANDS OF [illegible] AND OFFI[illegible] K[illegible]" I WROTE THE ABOVE [illegible] EXACTLY THIRTY DAYS AGO, WHILE SITTING IN THIS VERY SAME CELL-(CELL FOUR) AND IN THIS VERY SAME UNIT-(UNIT 142) I REQUESTED PROTECTIVE CUSTODY, AND WAS DENIED. I WAS TRANSFERED FROM THIS UNIT, AND CELL, AND TAKEN TO UNIT (THREE FOUR) WHERE A CERTAIN SGT. D. DACKERS PERSONALLY PLACED ME [illegible] CELL NO. 28, WITH INMATE JEREMIAH CR[illegible] 0403912 [illegible] WITH ME [illegible] THE FIRST [illegible] [illegible] SGT. [illegible] [illegible] RICHARDSON, I DON'T CARE [illegible] I WEIGH 124 POUNDS, AND INMATE CR[illegible] [illegible] "YOU [illegible] THIS CELL, AND WHEN YOU DO, I'M COMING TO [illegible] YOUR ASS UP" [illegible] SGT. DACKERS AS IF TO SAY "DO YOU SEE WHAT I'M TALKING ABOUT" [illegible] AS IF HE DIDN'T SEE WHAT WAS GOING ON [illegible] WAS BEING SAID. HE [illegible] ME [illegible] THE CELL [illegible] SGT. [illegible] [illegible] RECORDS, [illegible] I DID [illegible] AND I SHOULDN'T BE PUNISHED. I WANT PROTECTIVE [illegible] HERE: LUETENANT J[illegible], SGT. [illegible] AND [illegible] STIGMATISE ME, AND HAVE ME ON THE HIT [illegible] [illegible]

[Inmate signature] 3-16-05
*Inmate signature* *Date*

Result of appeal:

- ☑ Uphold decision of Disciplinary Hearing
- ☐ Modify decision of Disciplinary Hearing

[illegible handwritten note]

[Superintendent signature] 3/21/05
*Superintendent* *Date*

FORM 430-3

3 of 5

**SUFFOLK COUNTY SHERIFF'S DEPARTMENT**
**DISCIPLINARY APPEAL FORM**

NAME: [illegible] Richardson I.D. # 0500339 D-REPORT NO. J051091

If you wish to appeal the finding(s) or sanction(s) regarding the disposition of the Disciplinary Report identified above, complete this form and submit it to the Superintendent within seven (7) days of receipt of the Hearing Summary.

**INDICATE IN THE SPACE BELOW THE SPECIFIC GROUNDS FOR YOUR APPEAL**

Sgt. D. Oakes manufactured the dialog that he claims took place between himself and [illegible]. I said none of those things. Thats just something he put on paper to cloud the issues. I DONT WANT TO BE PLACED IN REGULAR POPULATION [illegible] FOR UNUSUAL AND HARSH TREATMENT BY LT. [illegible] AND SGT. D. OAKES. [illegible] SGT. MR. GERALD HOGAN [illegible] THAT HE STEP IN AND GRANT ME A SAFE HAVEN. ALL OF MY APPEALS ARE CORRELATED TO THE SAME ISSUE. SEE APPEAL NOS J050451, J050724. I [illegible] SUPT. MR. GERALD HOGAN IS BEING DELIBERATELY INDIFFERENT TO MY ISSUE. [illegible]

[signature] 4-26-05

*Inmate signature* *Date*

Result of appeal:

☒ Uphold decision of Disciplinary Hearing

☐ Modify decision of Disciplinary Hearing [illegible handwritten note]

[signature] 4/2?/05

*Superintendent* *Date*

FORM 430-3