```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CARLTON RICHARDSON, JR.,           ) | |
| ) | |
| Petitioner,        ) | |
| ) | |
| v.                                 ) | C.A. No. 05-11004-GAO |
| ) | |
| GEROD HOGAN,                       ) | |
| ) | |
| Respondent.        ) | |

<u>PROCEDURAL ORDER</u>

O'TOOLE, J.

On May 9, 2005, petitioner Carlton Richardson, Jr., currently confined at the Suffolk County House of Correction in Boston, Massachusetts, filed a pleading in this Court captioned as a "Motion/Petition Order of Protective Custidey [sic]." Richardson alleges that he is serving an "eight month sentence which stems from a 1993 probation violation for use of a motor vehicle without authority." Mot./Pet. ¶ 2. In his pleading, Richardson claims that he is subject to assault and other forms of abuse by prisoners and guards at the Suffolk County House of Corrections. He asks that the Court "step in and free him from paine [sic] and unjust treatment." Mot./Pet. ¶ 5. Richardson did not submit payment for a filing fee or file an application to proceed <u>in forma pauperis</u>.

Because Richardson is not contesting his underlying conviction or seeking damages, the Court will treat his request for relief as a petition under 28 U.S.C. § 2241. A prisoner

filing a § 2241 petition in this Court must either (1) pay the $5.00 filing fee for such actions; or (2) file an application to proceed in forma pauperis with a certified prison account statement. See 28 U.S.C. § 1914 ($5.00 filing fee for petitions for habeas relief); § 1915 (proceedings in forma pauperis). For the convenience of litigants, this Court provides a standardized form entitled "Application to Proceed Without Prepayment of Fees and Affidavit." As the standard application instructs, a prisoner seeking to proceed in forma pauperis must also submit a "statement certified by the appropriate institutional officer showing all receipts expenditures, and balances during the last six months in [his] institutional accounts." Application at 2; see also 28 U.S.C. § 1915(a)(2).

Because Richardson has not submitted the filing fee or an application to proceed in forma pauperis, he shall be granted forty-two (42) days from the date of this order to do so. If Richardson fails to timely pay the filing fee or submit an application with a certified prison account statement (for the six months preceding the filing of his action, or the length of Richardson's current incarceration, whichever is less), this action will be dismissed without prejudice.

## CONCLUSION

ACCORDINGLY, plaintiff is directed to either pay the $5.00 filing fee or submit an application to proceed without prepayment

of the filing fee with a certified prison account statement within 42 days of the date of this Order or this action shall be dismissed without prejudice.

    The Clerk is directed to send petitioner an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.

    SO ORDERED.

```
 5/25/05                           /s/ George A. O'Toole, Jr.
DATE                               UNITED STATES DISTRICT JUDGE
```