UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLTON RICHARDSON, JR., <br> Petitioner, <br> <br> v. <br> <br> GEROD HOGAN, <br> Respondent. | ) <br> ) <br> ) <br> )   C.A. No. 05-11004-GAO <br> ) <br> ) <br> ) |

<u>SERVICE ORDER</u>

On May 9, 2005, petitioner Carlton Richardson, Jr., currently confined at the Suffolk County House of Correction, filed a pleading in this Court captioned as a "Motion/Petition Order of Protective Custidey [sic]." Because Richardson is not contesting his underlying conviction or seeking damages, the Court will treat his request for relief as a petition under 28 U.S.C. § 2241 for a writ of habeas corpus.

ACCORDINGLY,

(1) The Clerk of this Court shall serve the Petition for a Writ of Habeas Corpus by mailing a copy of the same and of this Order, via certified mail, to (i) Gerod Horgan, Superintendent, Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118-2705; and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598; and

(2) It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

SO ORDERED.

 5/25/05                         /s/ George A. O'Toole, Jr.
DATE                             UNITED STATES DISTRICT JUDGE