UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
CARLTON RICHARDSON,           )
     Plaintiff                )
                              )
v.                            )     **Civil No. 05-11004-GAO**
                              )
GERARD HORGAN, ET. AL,        )
     Defendants               )
_____)

**Certificate of Service**

I, James M. Davin, hereby certify under the pains and penalties of perjury, that I have caused a copy of the *Response of Defendant Gerard Horgan to Petition for Writ of Habeas Corpus* to be served upon the Plaintiff, Carlton Richardson, via first class mail, this 14th day of June, 2005.

/s/ James M. Davin_____

James M. Davin, BBO # 566973
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6679