June 20, 2005

Mr. Paul Lyness
Courtroom Clerk
The Honorable George A. O'Toole, Jr.
United States Courthouse
One Courthouse Way
Boston, MA 02210

   **Re:** **<u>Richardson v. Horgan</u>, Civil Action No. 05-11004-GAO**

Dear Mr. Lyness:

  Please be advised that Mr. Carlton Richardson was transferred to the Norfolk County House of Correction on June 14, 2005.  Where his pending claim is one in the nature of a habeas petition involving his classification status at the Suffolk County House of Correction, I wanted the Court to be aware that he is no longer incarcerated in a Suffolk County facility.

  Please feel free to contact me if you require any additional information.

                Very truly yours,

                /s/  James M. Davin

Carlton Richardson