UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLTON RICHARDSON, JR
        Plaintiff(s)

v.    CIVIL ACTION NO. 05-11004-GAO

HORGAN
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    As the petitioner is no longer being held in the Suffolk County House of Correction, the petition for a writ of habeas corpus pursuant to 28 USC section 2241 is deemed MOOT.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 10/19/05    By Paul Lyness
        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)